IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| BOBBY LAMMONS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 6:24-cv-00231-JDK |
| ) | |
| MERCHANTS CREDIT GUIDE, ET AL, ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW, Plaintiff Bobby Lammons, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Experian Information Solutions, Inc. in this matter.

1. Plaintiff and Defendant Experian Information Solutions, Inc. have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to Experian Information Solutions, Inc., along with any other relief the Court deems just and proper.

Dated: August 21, 2024

        Respectfully Submitted,

        **HALVORSEN KLOTE**

By:    /s/ Joel S. Halvorsen

        Joel S. Halvorsen, #67032
        680 Craig Road, Suite 104
        St. Louis, MO  63141
        P: (314) 451-1314
        F: (314) 787-4323
        joel@hklawstl.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Joel S. Halvorsen, hereby certify that on this Wednesday, August 21, 2024 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

                /s/ Joel S. Halvorsen