# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| BOBBY LAMMONS,<br><br>　　　Plaintiff,<br><br>v.<br><br>MERCHANTS CREDIT GUIDE, et al.,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ Case No. 6:24-cv-231-JDK<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Plaintiff Bobby Lammons has voluntarily dismissed Defendants Ability Recovery Services, LLC (Docket No. 8), Experian Information Solutions, Inc. (Docket No. 14), and Equifax Information Services, LLC (Docket No. 14) with prejudice and Defendant Merchants Credit Guide (Docket No. 12) without prejudice.

Accordingly, pursuant to Plaintiff's voluntary dismissals under Federal Rule of Civil Procedure 41(a)(1)(A)(i), all pending claims in this case are **DISMISSED** as stated above. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **31st** day of **October, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE